UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                )
IN RE YASMIN AND YAZ (DROSPIRENONE))   3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND  )
PRODUCTS LIABILITY LITIGATION       )   MDL No. 2100
_____ )
                                                         ORDER
                                                         VACATING DISMISSAL

**This Document Relates to:**

*Paulette Morgan as Survivor for Decedent*
*Alice Morgan v. Bayer Corp.,*
*et al.* No. 3:10-cv-12864-DRH-PMF

## ORDER VACATING DISMISSAL

**HERNDON, Chief Judge:**

Plaintiff has filed a motion to vacate (Doc. 10) the order of dismissal entered on July 22, 2011 (Doc. 8) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (Doc. 10). Bayer has filed a notice of non-opposition to plaintiff's motion to vacate (Doc. 11). Accordingly, the Court hereby **vacates** the Order dismissing without prejudice plaintiff's case and thereby **reinstates** her case.

**SO ORDERED:**

David R. Herndon
2011.08.04
17:45:01 -05'00'

**Chief Judge**
**United States District Court**                    Date: August 4, 2011